IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARLOS JESSIE, | : | |
| And | : | |
| THE ESTATE OF KEVIN JESSIE | : | |
| Plaintiffs, | : | Civil Action No._____ |
| | : | State Action No. CAL22-23618 |
| v. | : | |
| | : | |
| PRINCE GEORGE'S COUNTY, MARYLAND, *et. al.* | : | |
| Defendants. | : | |

### NOTICE OF REMOVAL

Defendants Prince George's County, Maryland, Monica Yates, and Joseph W. Krakosky, by their undersigned counsel and the Prince George's County Office of Law and pursuant to 28 U.S.C. §§1441, 1446, hereby give notice of their removal of the above-referenced case and further state:

1. Plaintiffs commenced this action on August 03, 2022 in the Circuit Court for Prince George's County, Maryland, captioned *Jessie v. Prince George's County Maryland, et. al.*, case number CAL22-23618.

2. Defendants, Monica Yates, and Joseph W. Krakosky were served on August 26, 2022.

3. On September 6, 2022, the undersigned counsel reviewed the official state court file and certifies, pursuant to Local Rule 103.5(a), that a copy of all process, pleadings and orders on the file in the Circuit Court and/or served upon Defendants in the state court action are attached hereto and filed herewith.

4. The grounds for removal are that this Court has original jurisdiction, pursuant to 28 U.S.C. § 1331, over Plaintiffs' claims because Plaintiffs' claims arise under the United States Constitution and 42 U.S.C. § 1983.

5. Defendants Brandon Fooks, Quinn Douglas, David Chandler, have not been served in this case.

6. Defendant Prince George's County, Maryland has not been served in this case, but consents to removal to federal court.

7. All served Defendants and Prince George's County, Maryland consent to removal.

WHEREFORE, Defendants by and through their undersigned counsel, respectfully requests that:

A. This action be removed to the United States District Court for the District of Maryland; and

B. The Circuit Court for Prince George's County, Maryland shall proceed no further in this case unless and until it is remanded.

Respectfully submitted,

RHONDA L. WEAVER
ACTING COUNTY ATTORNEY

ANDREW J. MURRAY
DEPUTY COUNTY ATTORNEY

By: _____
Marita B. Grant, Esquire
Associate County Attorney
PGC Atty. ID# GR5130
CPF# 1412160340
Prince George's County Office of Law
1301 McCormick Drive

                                                Suite 4100
                                                Largo, MD 20774
                                                (301) 952-5241
                                                mbgrant@co.pg.md.us
                                                *Attorney for Defendants*

                                        CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  21st  day of September, 2022, a copy of the foregoing Notice of Removal was hand-delivered to the Clerk of the Circuit Court for Prince George's County, Maryland, 14735 Main Street, Upper Marlboro, Maryland, 20772, and mailed, postage prepaid to Richard W. Evans Esq. and Ronald W. Cox, Jr. Esq. at 2200 Research Blvd., Suite 500, Rockville, MD 20850.

                                                _____
                                                Marita Grant